Honorable James L. Robart

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| KATHY AYERS, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. formerly known as SANOFI-AVENTIS U.S. INC.,<br><br>                Defendants. | Case No. 2:23-cv-00998-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING STAY OF PROCEEDINGS |

**ORDER GRANTING STAY OF PROCEEDINGS**

The parties have advised the Court (Dkt. #35) that they have reached an agreement in principle for the complete resolution of this matter. They have further advised that they are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case.

The parties have asked the Court to vacate all pending deadlines and stay this case for six months, through and including May 24, 2024.

//

ORDER GRANTING STAY OF PROCEEDINGS
(Case No. 2:23-cv-00998-JLR) Page | 1

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

The Court therefore ORDERS that this case and all pending deadlines are stayed until May 24, 2024. At that time, the parties shall file a status report informing the Court of the settlement status of this case, or shall file a motion for appropriate relief.

Dated this 1st day of December 2023.

                                    Honorable James L. Robart
                                    United States District Judge

Respectfully Submitted by:

*/s/ Steven W. Rich*
Steven W. Rich
Shook, Hardy & Bacon L.L.P.
WA Bar No. 48444
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
E-mail: srich@shb.com

ORDER GRANTING STAY OF PROCEEDINGS
(Case No. 2:23-cv-00998-JLR) Page | 2

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600