UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHY AYERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS US, LLC, et al., <br><br> Defendants. | CASE NO. C23-0998JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the parties' September 20, 2024 joint status report. (JSR (Dkt. # 40).) The court ORDERS that this case shall remain stayed until November 19, 2024. The parties shall file a joint status report informing the court of their progress with

//

//

//

MINUTE ORDER - 1

respect to the Master Settlement Agreement by no later than November 19, 2024.

Filed and entered this 21st day of October, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2